No. 1295. ALLEGHANY CORP. ET AL. *v.* MISSOURI PA-
CIFIC RAILROAD CO. ET AL.;

No. 1328. LEVIN ET AL. *v.* MISSOURI PACIFIC RAIL-
ROAD CO.; and

No. 1333. SLAYTON ET AL. *v.* MISSOURI PACIFIC RAIL-
ROAD CO. C. A. 8th Cir. Certiorari denied. MR. JUS-
TICE DOUGLAS is of the opinion that certiorari should be
granted. *Breck P. McAllister, G. Carroll Stribling,* and
*Ben Vinar* for petitioners in No. 1295; *Maxwell Brand-
wen* and *John Lowenthal* for petitioners in No. 1328;
and *William E. Haudek* and *Harold C. Ackert* for peti-
tioners in No. 1333. *Albert E. Jenner, Jr.,* and *Philip
W. Tone* for respondent Missouri Pacific Railroad Co.
in all three cases. Reported below: 407 F. 2d 1078.

No. 959, Misc. RIVERA *v.* NEW YORK. App. Div.,
Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.
*Eugene Gold* and *Stanley M. Meyer* for respondent.

No. 1172, Misc. RUPPERT *v.* LAVALLEE, WARDEN.
App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari
denied. *Eleanor Jackson Piel* for petitioner. *Louis J.
Lefkowitz,* Attorney General of New York, *Ruth Kessler
Toch,* Solicitor General, and *Calvin M. Berger,* Assistant
Attorney General, for respondent.

No. 1348, Misc. COLLINS *v.* FIELD, MEN'S COLONY
SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied.
*Thomas C. Lynch,* Attorney General of California, *Wil-
liam E. James,* Assistant Attorney General, and *Frederick
R. Millar, Jr.,* Deputy Attorney General, for respondent.

No. 1658, Misc. JOHNSON *v.* RUNDLE, CORRECTIONAL
SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.
*Mitchell A. Kramer* and *David C. Harrison* for petitioner.